# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **CARL ALLEN,** *also known as* **Artie Perkins** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **OFFICER ARICA HUTCHISON, ET AL.,** | **CASE NO: 17-2125-STA-cgc** |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** entered on March 1, 2023, this cause is hereby **DISMISSED with prejudice.**

                                          APPROVED:

s/ S. Thomas Anderson
**JUDGE UNITED STATES DISTRICT COURT**

**DATE: 3/1/2023**                        Wendy R. Oliver
                                          Clerk of Court

                                              s/Maurice B. BRYSON
                                          (By)   Deputy Clerk